IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 19 PM 2:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARIO HILLIARD,

    Plaintiff,

v.                                              No. 04-2882-B

UNITED STATES OF AMERICA,

    Defendant.

---

### ORDER OF TRANSFER

---

This matter was originally assigned to the undersigned in error by the clerk's office on November 1, 2004. This case is related to the sentence imposed on Mario Hilliard by Judge Bernice B. Donald in <u>United States of America v. Mario Hilliard</u>, 03-20312. The clerk's office should have been assigned this case, wherein Mario Hilliard filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence, to Judge Donald. Consequently, the above case is transferred to Judge Bernice B. Donald for all future handling.

IT IS SO ORDERED this 19th day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:04-CV-02882 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mario Hilliard
FCI-MEMPHIS
19155-076
P.O. Box 34550
Memphis, TN 38134--055

Honorable Bernice Donald
US DISTRICT COURT